BARTENDER v. THE STATE.

From the Marion Criminal Court.

*G. H. Chapman, U. J. Hammond* and *J. J. Hawes,* for appellant.

*C. A. Buskirk,* Attorney General, for the State.

DOWNEY, J.—This case is governed by the rule applied in another case, between the same parties (*ante,* p. 73); and for the reason there stated, the judgment in this case is reversed, and the cause remanded, with instructions to grant a new trial.